**Order entered July 29, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01037-CR

**GARY ANTHONY SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-58529-H**

## ORDER

The Court **GRANTS** the State's July 27, 2015 second motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/     LANA MYERS
JUSTICE